# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00791-CV

**Crites Southwest, Inc. & McCrites Enterprises, Appellants**

**v.**

**Michael R. Church, Individually; Michael R. Church, President, Church Properties, Inc;
Church Properties, Inc. and Russell T. Cooper, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN400041, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants announce that they and appellees have settled their dispute and that all parties agree to dismissal of this appeal. We dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Agreed Motion

Filed: February 10, 2006